JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO ZARAZUA and BEATRICE ZARAZUA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROCKET MORTGAGE, LLC, et al.,<br><br>　　　　Defendants. | Case No. EDCV 24-1296-MWF(SPx)<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE |

The Court has read and considered the parties' Joint Stipulation to Dismiss with Prejudice. (Docket No. 19). For good cause shown, IT IS HEREBY ORDERED that this matter is DISMISSED in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  May 2, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge